UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TAFT LYNN HUTCHINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:03-CV-266 (LEAD CASE) |
| | ) (Jordan/Guyton) |
| BRUCE HURLEY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This is a consolidated civil action. Prior to consolidation, in the case of <u>United States of America v. Bruce Hurley, et al.</u>, No. 2:04-cv-329, the plaintiff United States filed a motion to compel the defendant to respond to the United States' First Set of Interrogatories and First and Second Requests for Production of Documents. [Doc. 15]. The defendants responded, stating that they have now provided the requested discovery. [Doc. 16]. In its reply, the United States confirms that responses have been provided to the interrogatories. With respect to the requests for production, the defendants have agreed to produce and make available for inspection many of the documents requested. The United States will review these documents the week of July 18, 2005. Accordingly, the United States seeks to withdraw its motion to compel, but seeks to reserve the right to re-file the same if it determines that the defendants' document production is not complete or is not responsive.

Accordingly, the United States' Motion to Compel Discovery [Doc. 15] is deemed **WITHDRAWN**.  However, the plaintiff shall have the right to re-file the same if it determines that the defendants' document production is incomplete or is not responsive to the United States' requests.

**IT IS SO ORDERED.**

**ENTER:**

  s/ H. Bruce Guyton  
United States Magistrate Judge

2

Case 2:04-cv-00329   Document 22   Filed 07/21/05   Page 2 of 2   PageID #: 18